AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Gary Placke

**SUMMONS IN A CIVIL ACTION**

V.

United States

CAS

CASE NUMBER   1:06CV00026

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/6/2006

TO: (Name and address of Defendant)

Kenneth L. Wainstein,
United States Attorney, District of Columbia
555 4th Street, NW
Washington, District of Columbia 20530

PRO SE

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF ~~~~~~~ (name and address)

Gary Placke,
911 East Camelback Road # 1083,
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within __60__ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

FEB 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON                        JAN - 6 2005

CLERK                                              DATE

_M. Higgins_
(By) DEPUTY CLERK

AO 440 (Rev. 8/01) Summons in a Civil Action

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and complaint was made by me[1] | 1/30/06 |
| NAME OF SERVER (PRINT) GARY-EUGENE: PLACKE | TITLE |

Check one box below to indicate appropriate method of service

☐ Served personally upon the defendant. Place where served:

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.

Name of person with whom the summons and complaint were left:

☐ Returned unexecuted:

☒ Other (specify): PS FORM 3811
ARTICLE NUMBER: 7005 1820 0001 6776 7980

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL $0.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  2/10/06
Date

Signature of Server

911 E. CAMELBACK RD. #1083
PHOENIX, AZ [85014]
Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.