AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

District of _____

Gary Placke

V.

United States

**SUMMONS IN A CIVIL ACTION**

C: CASE NUMBER  1:06CV00026

JUDGE: James Robertson

DECK TYPE: Pro se General Civil

DATE STAMP: 01/**6**/2006

TO: (Name and address of Defendant)

Alberto Gonzales,
United States Attorney General
950 Pennsylvania Avenue
Washington, District of Columbia 20530

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY *PRO SE* (name and address)

Gary Placke,
911 East Camelback Road # 1083,
Phoenix, Arizona 85012

an answer to the complaint which is served on you with this summons, within ___*60*___ days after service
of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you
for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the
Clerk of this Court within a reasonable period of time after service.

**RECEIVED**

FEB 1 5 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

NANCY M. MAYER-WHITTINGTON

CLERK

_M. Thiggins_
(By) DEPUTY CLERK

JAN - 6 2005

DATE