IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY EUGENE PLACKE, ) | |
| ) | |
| Plaintiff, ) | No. 1:06-cv-00026 (JR) |
| ) | |
| v. ) | |
| ) | |
| UNITED STATES, ) | |
| ) | |
| Defendant. ) | |

### CERTIFICATE OF SERVICE

IT IS CERTIFIED that the foregoing MOTION TO DISMISS, supporting MEMORANDUM, and proposed ORDER were served upon the following individual(s) on April 3, 2006, by sending a copy by First Class mail, postage prepaid, addressed as follows:

> Gary Placke
> 911 East Camelback Road
> # 1083
> Phoenix, AZ 85012

>          /s/ Beatriz T. Saiz
>          BEATRIZ T. SAIZ