This message has been scanned for known viruses.

**From:** samygharbch@aim.com
**To:** Chashawn_White@dcd.uscourts.gov
**Subject:** Unitronics Business --For the year 2000, we are aiming at revenues of approximately $10 million.
**Date:** Thu, 28 Sep 2006 2:42 PM

06-27 (RMC)

Dear Ms Chashawn White

Please give this Information to the court.

Best Regards,

USA Patent holder

SAMY GHARB

-----Original Message-----
From: samygharbch@aim.com
To: GPERRY@sgrlaw.com; BESQUIRE@sgrlaw.com
Sent: Thu, 28 Sep 2006 2:18 PM
Subject: Unitronics
Dear Sir

for you information

Regards,

USA Patent holder
SAMY GHARB

**RECEIVED**
OCT 1 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Let the best minds of Wall Street pick your stock

How has Special Stock Report been able to consistently outperform the major indices? Find out how!

Unitronics CEO aiming at revenues of approximately $10 million. Full article published: 03/23/2000 HAIM SHANI is CEO of Unitronics.

For Subscribers
Get the complete article now!

TWST: Perhaps the best place to begin is with a brief history and an overview of the main business of Unitronics? Could you profile your company and highlight the most significant recent events?

Mr. Shani: Unitronics was established 11 years ago in 1989. It was involved in providing dedicated solutions for industrial automation -- that was our general activity at the beginning. In the last 4-5 years there s have been major changes. We began to design, develop, produce, and market a special line of PLCs

9/30/2006

(Programmable Logic Controllers), the computer Ôbrains' that control automated production lines. We introduced to the market a product called the OPLC, which is a PLC integrated with an HMI (Human-Machine-Interface) operator panel. We believe we were the first ones in the world to offer such a combination, which allows a production line machine operator to communicate directly with the 'brain' that controls a machine. Without the communication interface, every time there is a problem in the machine, the brain, the controller, recognises what the problem is and can detect exactly why, but cannot communicate the information to the operator -and we lose production hours. The OPLC is able to provide the machine operator with information regarding the reasons for, what to do with and how to proceed when there is a problem. I believe this to have been the most user-friendly solution available at the time on the market. Recently, we developed a revolutionary concept whereby an industrial controller with these user-friendly features can be connected to the Internet. We realised that it's not possible for us to develop and support such concept without considerable working capital. That was one of the reasons we sought financing possibilities, and as you know in the last quarter of 1999 we effected our IPO, which afforded us with funds to invest, in particular, in the company's marketing and the working capital required to develop this product. This product is called WebPLC (a Unitronics trademark). As far as we know today, it's the only embedded solution that offers a PLC direct connectivity to the web, not like other solutions of which we are aware which allow a PLC or a few PLCs similar connectivity via an IPC or servers. WebPLC devices also include an HMI, a Human-Machine-Interface operator panel.

TWST: We didn't talk at the beginning about the IPO, except very briefly. Can you tell me what it's going to enable you to do in terms of your growth strategy, in terms of acquisitions that you might be looking at?

Mr. Shani: Let's start with the second point. We have recently begun considering acquisitions, for example, of companies which are similar but not competitive with our products. Companies with complementary technologies are of interest for us since they may enable us to offer a much wider portfolio of solutions for distributors and end-users, while using our current distribution base. In addition, we are heavily investing in R&D and marketing, and expect such investments to positively influence this year's results. For the year 2000, we are aiming at revenues of approximately $10 million. We believe we will also need to adequately conform our logistics and management abilities to address the expected growth.

---

**Check Out the new free AIM(R) Mail** -- 2 GB of storage and industry-leading spam and email virus protection.