UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

GARY EUGENE PLACKE,          :
                             :
        Plaintiff,           :
                             :
    v.                       : Civil Action No. 06-0026 (JR)
                             :
UNITED STATES,               :
                             :
        Defendant.           :

### ORDER

No response having been made to the government's motion to dismiss [#5] within the time allowed by rule or within the extended time allowed by this Court's order of October 26, 2006 [#7], it is **ORDERED** that the motion to dismiss is **granted as conceded.** This is a final, appealable order and closes the case.


                              JAMES ROBERTSON
                          United States District Judge