UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| GARY EUGENE PLACKE, | : |
| Plaintiff, | : |
| v. | : Civil Action No. 06-0026 (JR) |
| UNITED STATES, | : |
| Defendant. | : |

### ORDER

This Court's order of dismissal [8] was filed on the same day that plaintiff's motion for enlargement of time was received in the Clerk's office. It is by the Court <u>sua sponte</u> **ORDERED** that the order of dismissal [8] is **vacated** and that plaintiff may have an additional 30 days, to and including January 17, 2007, to respond to the pending motion to dismiss. No further extensions of time will be granted.

JAMES ROBERTSON
United States District Judge