# United States District Court
## IN THE DISTRICT OF COLUMBIA

Gary Eugene Placke,

                                      Case No. 1:06-cv-00026-JR

        Plaintiff(s),

v.

United States

        Defendant.

## MOTION FOR ENLARGEMENT OF TIME

Plaintiff moves the Court for an enlargement of time to respond to the courts order to file a response to motion to dismiss. Defendant has raised numerous grounds for dismissal, and Plaintiff, untrained in law, needs additional time to fully and adequately respond to each ground set forth in defendants motion.

Plaintiff believes that an enlargement of 30 days will be sufficient.

Dated: 12/6, 2006

*Gary Eugene Placke* (signature)
Gary Eugene Placke

12/15/06 leave to file granted
*[Judge's signature]*
/s/ JR

RECEIVED
DEC 11 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

## CERTIFICATE OF SERVICE

I certify that I have served a copy of the forgoing on defendant's attorney at his/her address of record.

Dated 12/6, 2006

*[signature]*
Gary Eugene Placke