**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| GEORGE PRAGOVICH, *et al.*, : | |
| Plaintiffs, : | |
| v. : | Civil Action No. 05-2222 (JR) |
| UNITED STATES, : | |
| Defendant. : | |

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant's motion to dismiss [5] is **granted**.

It is **SO ORDERED**.


JAMES ROBERTSON
United States District Judge