**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

```
GARY EUGENE PLACKE,             :
                                :
        Plaintiff,              :
                                :
    v.                          :  Civil Action No. 06-0026 (JR)
                                :
UNITED STATES,                  :
                                :
        Defendant.              :
```

## ORDER

For the reasons set forth in the accompanying Memorandum, defendant's motion to dismiss [5] is **granted**.

It is **SO ORDERED**.


                                    JAMES ROBERTSON
                                 United States District Judge